UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



FELIPE SANTIAGO VALLE, et al
v.                                                     Civil No. 97-2497 (DRD)
FOSTER PRODUCTS CORPORATION, et al

## ORDER

    Plaintiffs and Co-defendants Foster Products Corporation, Pittsburgh Corning Corporation, Mon-Eco Industries, Inc. and Armstrong World Industries, Inc. have filed a stipulation requesting a modification of the scheduling deadlines in this case.  The parties' request is **GRANTED** and scheduling order is issued as follows:

    November 1, 1999 — Cut off for Defendants' discovery
    November 1, 1999 — Deadline for Plaintiffs' disclosure and full compliance with Rule 26 regarding expert witnesses
    December 3, 1999 — Deadline for Defendants' disclosure and full compliance with Rule 26 regarding expert witnesses
    January 31, 2000 — Deadline for expert depositions
    February 29, 2000 — Cut off for dispositive motions - See "Order setting initial scheduling and case management conference" (April 28, 1998) for instructions on filing dispositive motions
    April 28, 2000 at 9:00 a.m. — Pretrial conference

IT IS SO ORDERED.

Date: October 25, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:            EOD:

By:            # 54

N:\97-2497.SCH