## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: April 12, 2000

| | |
|---|---|
| FELIPE SANTIAGO-VALLE, et al. | **CIVIL NO. 97-2497(DRD)** |
| Plaintiffs | |
| v. | |
| H.B. FULLER CO., et al. | |
| Defendants | |

BY ORDER OF THE COURT, the Pretrial Conference scheduled for April 28, 2000 is re-set for **May 11, 2000 at 1:00 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified:

Alvaro Calderón, Esq.
Héctor Oliveras, Esq.
Charles DeMier, Esq.
Heriberto Burgos, Esq.