## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

DATE: May 11, 2000

FELIPE SANTIAGO-VALLE, et al.    CIVIL NO. 97-2497 (DRD)

    Plaintiffs

v.

FOSTER PRODUCTS CORP.

    Defendants

---

BY ORDER OF THE COURT, this case is set for Hearing on approval of minor's settlement amount on **May 30, 2000 at 5:00 P.M.** before Honorable Daniel R. Domínguez.

_____
Courtroom Deputy

Parties notified personally and by fax/mail:

José Miguel Nater, Esq. (Alvaro Calderón Law Offices)
Manuel Moreda-Toledo, Esq. (McConnell Valdes)
Carmen H. Busó, Esq. (McConnell Valdes)
Luis A. Oliver, Esq. (Fiddler)
Héctor F. Oliveras, Esq.(Pino, Lugo & Rivera Law Offices)
Charles De Mier LeBlanc, Esq.
DOJ-Rosa Alexandrino, Esq. - Special Prosecutor Family Affairs (notified through her secretary Aracelis)