UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                          DATE: May 30, 2000

CIVIL NO. 97-2497 (DRD)

COURTROOM DEPUTY: Janet GONZALEZ
COURT REPORTER:   Arthur PINEDA
COURT INTERPRETER: Marie HERNANDEZ

===================================================================

FELIPE SANTIAGO-VALLE, et al.        <u>Attorneys:</u> José NATER

    Plaintiffs

    v.

FOSTER PRODUCTS CORP.                            Heriberto BURGOS
                                                 Manuel MOREDA
                                                 Gloria DEL CORRAL
    Defendants                           Norma Regina BRIGNONI
                                                 (DOJ-Special Prosecutor
                                                  Family Affairs)

===================================================================

HEARING on approval of settlement amount for minor Mitchell Figueroa Rivera is held in chambers. Counsel express their concern with the fact that they have just been informed that the *patria potestad* of the minor in this case is shared and the whereabouts of the father is unknown.

Counsel for the Dept. of Justice states that she understands that the settlement amount is reasonable and good for the minor, but believes that the father of the minor should be present and his statements should be considered by the Court before disposing of this matter. The parties state their position.

Testimony of Carmen Milagros Rivera and minor Mitchell Figueroa Rivera is heard. Both plaintiffs and defendants request

MINUTES CIVIL NO. 97-2497                                          PAGE 2

the Court to approve the settlement amount proposed by the parties. Counsel for the Dept. of Justice requests the Court to accept the settlement amount assigned to the minor, once the Court considers the position of the father through his statements or a Sworn Statement.

After taking into consideration statements by counsel, the Court approves the settlement amount assigned to the minor and instructs plaintiff to personally notify the father of the minor at his parents house and if not there to notify the father through certified mail to any other address he may obtain. The father is granted ten (10) days to object the settlement or submit a sworn statement with his position. If after these ten days there is not statement from the father, the Dept. of Justice will provide the Court with a Guardian at Litem and hearing will be held twenty days thereafter.

Further hearing on approval of minor's settlement amount will continue on June 20, 2000 at 4:00 P.M.

```
                              _____
                              COURTROOM Deputy
```

S/C: Counsel of Record