UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FELIPE SANTIAGO VALLE, et al
    v.                                 Civil No. 97-2497 (DRD)
FOSTER PRODUCTS CORPORATION, et al

## ORDER

On May 30, 2000, at a hearing to approve the settlement as to minor Michelle Figueroa Rivera, the Court expressed its acceptance of the settlement agreement reached in the above-captioned Complaint subject to approval by minor Michelle's father, Mr. Miguel Figueroa. (Docket No. 60). At the hearing, the mother, the minor and the local Department of Justice expressed explicit consent to the settlement. Thereafter, on June 9, 2000, Plaintiffs filed with the Court a motion submitting an affidavit whereby Mr. Figueroa expressly consented to the settlement reached as to the claim of minor Michelle Figueroa. Mr. Figueroa declared that said amount is reasonable and in the best interest of my daughter. Wherefore, the Court approves the parties settlement agreement and stipulation for voluntary dismissal all pursuant to the requirements of local P.R. Laws Ann. tit. 31, § 601; P.R. Laws Ann. tit. 32, § 2721. As urged in the stipulation, the court dismisses all claims by Plaintiffs against Defendants **with prejudice** and without the imposition of costs, expenses or attorneys' fees.

Judgment shall be entered accordingly.

This Order disposes of all pending motions for administrative purposes.

IT IS SO ORDERED.

Date: June 16, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |

N:\97-2497.DIS