# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

FELIPE SANTIAGO VALLE, et al
v.                                          Civil No. 97-2497 (DRD)
FOSTER PRODUCTS CORPORATION, et al

## JUDGMENT

The Court, having approved on this same date the parties' settlement agreement and stipulation for voluntary dismissal, hereby enters judgment dismissing this action against defendants **with prejudice** and without imposition of costs, expenses or attorneys' fees.

Date: June _19_, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By: _____    # 63

RECEIVED AND FILED
00 JUN 21 AM 9: 27
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

N:\97-2497.DIS